UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Dontay Lavarice Reese, | Case No. 21-CV-2225 (JRT/LIB) |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Jennifer Lynn Loder, | |
| Defendant. | |

In an order dated November 19, 2021, this Court ordered plaintiff Dontay Lavarice Reese to pay an initial partial filing fee of $20.00 within 30 days, failing which it would be recommended that this matter be dismissed without prejudice for failure to prosecute. See, Docket No. 7 (citing 28 U.S.C. § 1915(b)). That deadline has now passed, and Plaintiff has not paid the required initial partial filing fee. In fact, Plaintiff has not communicated with the Court about this case at all since this Court's prior order. Accordingly, this Court now recommends, in accordance with its prior order, that this action be dismissed without prejudice under Rule 41(b) for failure to prosecute. See, Henderson v. Renaissance Grand Hotel, 267 Fed. App'x 496, 497 (8th Cir. 2008) (per curiam) ("A district court has discretion to dismiss an action under Rule 41(b) for a plaintiff's failure to prosecute, or to comply with the Federal Rules of Civil Procedure or any court order.").

RECOMMENDATION

Based upon the foregoing, and on all of the files, records, and proceedings herein, IT IS HEREBY RECOMMENDED that this action be DISMISSED WITHOUT PREJUDICE under Fed. R. Civ. P. 41(b) for failure to prosecute.

Dated: December 30, 2021               s/Leo I. Brisbois
                                       Hon. Leo I. Brisbois
                                       United States Magistrate Judge

## NOTICE

**Filing Objections:**  This Report and Recommendation is not an order or judgment of the District Court and is therefore not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation.  A party may respond to those objections within 14 days after being served a copy of the objections.  *See* Local Rule 72.2(b)(2).  All objections and responses must comply with the word or line limits set forth in Local Rule 72.2(c).